UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-

    JUAN OSVALDO GUZMAN,

                                 Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2022
```

1:19-cr-435-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on May 31, 2022 at 12:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 27, 2022
         New York, New York

                                                         _____
                                                            GREGORY H. WOODS
                                                        United States District Judge