UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                   -v-

   JUAN OSVALDO GUZMAN,

                                 Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2022

1:19-cr-435-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record at the conference held on May 31, 2022, Defendant's application for the modification of the conditions of his pre-trial release is granted. The conditions of Mr. Guzman's pre-trial release are modified as follows: The condition requiring home detention is removed. Mr. Guzman must comply with a curfew from 8:00 p.m. to 6:00 a.m. This condition shall be enforced by location monitoring at the direction of Pretrial Services. The Court expects that that Pretrial Services will use GPS monitoring, but may modify the location monitoring system to RF monitoring if conditions warrant and Mr. Guzman is in full compliance with all conditions of his pre-trial release. All of the other conditions of Mr. Guzman's pre-trial release remain in full force and effect.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

      SO ORDERED.

Dated: June 2, 2022
       New York, New York

                                                    GREGORY H. WOODS
                                                  United States District Judge