USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :
:
:
:
:
-v -   :    1:19-cr-435-GHW
:
JUAN OSVALDO GUZMAN,   :    ORDER
:
Defendant.   :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 22, 2022, the Court entered a scheduling order in this case (the "Order"). Dkt. No. 20. On September 12, 2022, Defendant filed a motion to dismiss the indictment. Dkt. No. 22. In the Order, the Court scheduled a hearing on any defense motions necessitating a hearing on November 7, 2022 at 2:00 p.m.

The Court has reviewed the parties' submissions with respect to the motion and has not identified issues that necessitate a hearing. If the parties believe that a hearing is necessary, they are directed to notify the Court of that fact by November 3, 2022. If the parties do not make such a submission, the hearing scheduled for November 7, 2022 at 2:00 p.m. will be adjourned *sine die*.

SO ORDERED.

Dated: November 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge