```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,           :
:
:
:
:
             -v -                   :        1:19-cr-435-GHW
:
JUAN OSVALDO GUZMAN,                :        ORDER
:
             Defendant.             :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The hearing scheduled for November 7, 2022 at 2:00 p.m. is adjourned *sine die.*

SO ORDERED.

Dated: November 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge