**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :      ORDER

    -v.-                          :      19 Cr. 435 (GHW)

JUAN OSVALDO GUZMAN,              :

             Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

WHEREAS, the Court issued a decision in the above-referenced matter on November 17, 2022, entered on the same date at Docket No. 35;

WHEREAS, the United States of America, by and through Damian Williams, United States Attorney, Adam Sowlati, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may - before or after the time has expired, with or without motion and notice - extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to

enable the Solicitor General to review the Court's decision and determine whether to appeal the decision;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including January 18, 2023.

Dated:  New York, New York
        December 19, 2022

```
                              _____
                              THE  HONORABLE  GREGORY  H.  WOODS
                              UNITED STATES DISTRICT JUDGE
```